Michael L. Dworkin (SBN 64047)
John T. Van Geffen (SBN 247084)
MICHAEL L. DWORKIN and ASSOCIATES
465 California Street, Suite 210
San Francisco, California 944104
T: (415) 421-2500
F: (415) 421-2560
E: law@avialex.com; john@avialex.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A., <br><br> Plaintiff, <br><br> vs. <br><br> REPUBLIC OF THE CONGO, <br><br> Defendant. | Case No.: 5:16-mc-00004 <br><br> REQUEST FOR JUDICIAL NOTICE |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, Plaintiff hereby requests that the court take judicial notice of the proceedings in United States District Court, District of Columbia, Civil Action Nos. 13-cv-713-RJL and 12-cv-00743-RCL,

and Unite States Court of Appeals, District of Columbia Case No. 15-7090 in support of its Motion for a Temporary Restraining Order and Order to Show Cause and its Petition for Order Granting Third Party Discovery.

Specifically, Plaintiff requests judicial notice of the following documents (all exhibit references correspond to the exhibits attached hereto):

EXHIBIT A:   USDC, District of Columbia July 30, 2015 Memorandum Opinion in 12-cv-00743;

EXHIBIT B:   December 16, 2015 Order mandating Defendant respond to outstanding Post-Judgment Interrogatories

EXHIBIT C:   Notice of Subpoena Duces Tecum, issued February 16, 2016;

EXHIBIT D:   USDC, District of Columbia July 6, 2015 Memorandum Order in 13-cv-00713-RLW; and

EXHIBIT E:   USDC, District of Columbia October 9, 2013 Amended Order and Judgment in 13-cv-00713-RLW.


Dated: April 6, 2016                    Michael  L.  Dworkin and Associates

                                        /s/ John T. Van Geffen
                                        Attorneys for Plaintiff